**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

CIVIL MINUTES -- GENERAL

Case No. EDCV 11-01247 VAP (SPx) Date: October 6, 2011

Title: ELIZABETH ROJAS, EDUARDO ROJAS *-v-* PROVIDENT SAVINGS BANK, FSB, GARRI NICKEL, LAW OFFICE OF KIMBALL TIREY & ST. JOHN, LLP; DANIELLE T KUSSLET, SBN 180144; SHELLEY M. CRAWFORD, BAR #219957; ALL PARTIES OF INTERESTED

===============================================================

PRESENT: HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Marva Dillard
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

None

ATTORNEYS PRESENT FOR DEFENDANTS:

None

PROCEEDINGS: MINUTE ORDER: (1) GRANTING MOTION TO DISMISS WITHOUT PREJUDICE; (2) VACATING OCTOBER 17, 2011 HEARING (IN CHAMBERS)

The Court has received and considered all papers filed in support of the Motion to Dismiss ("Motion") filed by Defendants Provident Savings Bank, FSB, and Garri Nickel ("Defendants"). Defendants' Motion is appropriate for resolution without a hearing. See Fed. R. Civ. P. 78; L.R. 7-15.

Defendants filed their Motion on September 6, 2011, to be heard on October 17, 2011. Under Local Rule 7-9, a party must file opposition papers no later than 21 days before the date designated for the hearing of the motion. Plaintiffs Elizabeth

**EDCV 11-01247 VAP (SPx)**
**ELIZABETH ROJAS, EDUARDO ROJAS v PROVIDENT SAVINGS BANK, FSB, GARRI NICKEL, LAW OFFICE OF KIMBALL TIREY & ST. JOHN, LLP; DANIELLE T KUSSLET, SBN 180144; SHELLEY M. CRAWFORD, BAR #219957; ALL PARTIES OF INTERESTED**
**MINUTE ORDER of October 6, 2011**

Rojas, Eduardo Rojas ("Plaintiffs") filed no timely opposition. Under Local Rule 7-12, the Court finds Plaintiffs have consented to granting the Motion. Plaintiffs' claims against Defendants are dismissed without prejudice.

**IT IS SO ORDERED.**

MINUTES FORM 11 Initials of Deputy Clerk: MD/jh
CIVIL -- GEN Page 2