O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROJAS, EDUARDO ROJAS,<br><br>        Plaintiff,<br><br>   v.<br><br>PROVIDENT SAVINGS BANK, FSB, GARRI NICKEL, LAW OFFICE OF KIMBALL TIREY & ST. JOHN, LLP; DANIELLE T KUSSLET, SBN 180144; SHELLEY M. CRAWFORD, BAR #219957; ALL PARTIES OF INTERESTED,<br><br>        Defendants. | Case No. EDCV 11-01247 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against Provident Savings Bank, FSB, and Garri Nickel is DISMISSED WITHOUT

```
 1  PREJUDICE.  The Court orders that such judgment be
 2  entered.
 3
 4  Dated:  October 5, 2011         _____
 5                                       VIRGINIA A. PHILLIPS
                                      United States District Judge
 6
 7
 ...
28
```

2